ESTHER T. CRATER, Respondent, v. CAMET CONSTRUCTION CORPORATION and Others, Appellants, and MUNICIPAL BANK, Defendant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

DOMINICK FINAMORE and ANNA FINAMORE, Respondents, v. CASKEL REALTY CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents twenty dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JULIETTE HARRIS, Respondent, v. HERMAN RAMAN, Appellant, and WILLIAM WEISGERBER and LEWIS WEISGERBER, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ

RAYMOND C. HAFF, Appellant, v. JOHN G. ABRAMS, Respondent, and THEODORE REED, Defendant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

GERTRUDE J. HINE, Appellant, Respondent, v. F. WORTHINGTON HINE, Respondent, Appellant.— Motion to resettle order denied, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of M. MILTON GEWERTZ, an Attorney.— Matter referred back to the official referee to take proof of the existence of the check, check stub or any document or matter showing the existence of the check which, respondent claims, was given to him by his client when the $500 was deposited by complainant. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of JENNIE GRODMAN and Others, Appellants, against WILLIAM E. WALSH and Others, Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, and DALESON REALTY CORPORATION, Intervenor, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of Supplementary Proceedings: MARY H. PRIESTLY, Respondent, v. OSCAR BERG, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, provided the attorney for respondent, within five days from service of a copy of the order entered herein, file the papers upon which the appeal may be perfected. Should respondent's attorney fail to file the papers as herein provided, the motion is denied without condition. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Judicial Settlement of the Accounts of BERTHA STURGEON, as Administratrix, etc., of ELI STURGEON, Deceased.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of the NASSAU COUNTY BAR ASSOCIATION to Discipline ABRAHAM G. TONKONOGY, an Attorney.— Motion for reference of further charges granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.